E-FILED
Tuesday, 25 August, 2020  01:06:05 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 18-20060 |
| ) | |
| **EDWARD WOODFORK,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On August 5, 2020, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 50). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1 and 2 of the Superseding Indictment is accepted, and Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for November 17, 2020, at 2:30 PM in Urbana before Judge Michael M. Mihm.

Entered this 25th day of August, 2020.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge